Benjamin Jacob STRATTON,
Plaintiff-Appellant,

v.

Commonwealth of VIRGINIA, d/b/a Catheryn K. Clemens, Michael L. McGinty, Defendant-Appellee.

No. 17-2446

United States Court of Appeals,
Fourth Circuit.

Submitted: March 13, 2018

Decided: March 15, 2018

Benjamin Jacob Stratton, Appellant Pro Se. Sherry A. Fox, THOMPSON MCMULLAN PC, Richmond, Virginia, for Appellee.

Before NIEMEYER, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Jacob Stratton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stratton v. Commonwealth of Va.*, No. 4:17-cv-00046-RAJ-RJK (E.D. Va. Nov. 27, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*